# Clausen Miller PC

**CLAUSEN MILLER P.C.**
CHICAGO, IL
NEW YORK
CALIFORNIA
NEW JERSEY
INDIANA
WISCONSIN
CONNECTICUT
FLORIDA

**CLAUSEN MILLER LLP**
LONDON, ENGLAND

**CMI CLAUSEN MILLER INTERNATIONAL**
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS
Wilhelm Partnerschaft von Rechtsanwälten mbB, DÜSSELDORF

*Attorneys at Law*   100 Campus Drive, Suite 112 • Florham Park, NJ 07932 • www.clausen.com
Tel: 973.410.4130 • Fax: 973.410.4169

Carl M. Perri, Esq. – Managing Partner

**Andrew S. Turkish, Esq.**
**Direct Line:** 973-410-4140
**E-mail:** aturkish@clausen.com

July 7, 2020

**VIA EMAIL:** kaufman@kaufmanpa.com
Avi R. Kaufman
Kaufman, P.A.
400 N.W. 26th Street
Miami, FL 33127

**VIA EMAIL:** law@stefancoleman.com
Stefan Coleman, Esq.
Law Offices of Stephan Coleman
1072 Madison Avenue, Suite 1
Lakewood, NJ 08701

> Re:  *Hancock, Dylan v. The Credit Pros International Corporation*
> Docket No.:           2:20-cv-02826
> Our File No.:         20-8491-00-1

Dear Mr. Kaufman and Mr. Coleman:

As you know, this firm represents Defendant The Credit Pros International Corporation ("The Credit Pros" or "Defendant") in the above matter. Set forth below are Defendant's Initial Disclosures under Fed. R. Civ. P. 26(a)(1)(A):

> (i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

> 1. Jason Kaplan c/o The Credit Pros International Corporation, 60 Park Pl #200, Newark, NJ 07102. Mr. Kaplan is an owner of Credit Pros and can testify as to many aspects of the business, including facts that defendant will utilize to defend this lawsuit.

> 2. Damon Decrescenzo c/o The Credit Pros International Corporation, 60 Park Pl #200, Newark, NJ 07102. Mr. Decrescenzo is an owner of Credit Pros and can testify as to many aspects of the business, including facts that defendant will utilize to defend this lawsuit.

> 3. Plaintiff.

July 7, 2020
Page 2

    4.    Additional persons, if any, to be supplied.

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

1. Phone logs involving plaintiff's calls to The Credit Pros in November 2019.

2. Documents relating to plaintiff's consent of any contact/communication between plaintiff and The Credit Pros, including the optin on The Credit Pros Website: https://try.thecreditpros.com/partner-the-credit-review-home/.

3. Texts sent to plaintiff for marketing purposes on or about February 2020.

4. Voicemail that the plaintiff claims he received in February 2020 to the extent it still exists.

5. The Credit Pros reserves the right to identify additional business records that it may utilize in its defense of this lawsuit.

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

Not applicable.

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

The Credit Pros is insured with Nationwide in the amount of $1 Million under Policy No. EK03303748. Proof of Insurance is attached as **Exhibit "A"**.

Very truly yours,

CLAUSEN MILLER P.C.

By:   /s/ *Andrew S. Turkish*
        Andrew S. Turkish

AST/

6702825.1