IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DYLAN HANCOCK,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE CREDIT PROS INTERNATIONAL CORPORATION,** a New Jersey corporation,<br><br>*Defendant.* | No. 2:20-cv-02826-SRC-CLW<br><br>Magistrate Judge Cathy L. Waldor |

## PLAINTIFF'S NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended and that the status conference scheduled for February 10, 2022 be continued pending the filing of the Stipulation of Dismissal.

                                                     Respectfully Submitted,

                                                   **DYLAN HANCOCK**, individually and on behalf of those similarly situated individuals

Dated: February 9, 2022           */s/ Stefan Coleman*
                                                   Stefan Coleman
                                                   law@stefancoleman.com
                                                   LAW OFFICES OF STEFAN COLEMAN

1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (*Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I, hereby certify that on February 9, 2022, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Stefan Coleman*