# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DYLAN HANCOCK,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**THE CREDIT PROS INTERNATIONAL CORPORATION,** a New Jersey corporation,<br><br>*Defendant.* | No. 2:20-cv-02826-SRC-CLW<br><br>Magistrate Judge Cathy L. Waldor |

## STIPULATION OF DISMISSAL

Plaintiff Dylan Hancock and Defendant The Credit Pros International Corp. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So stipulated.

Dated: April 11, 2022

Respectfully Submitted,

*/s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (*Pro Hac Vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.

1

400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

**KAUFMAN DOLOWICH & VOLUCK, LLP**
*/s/ Monica M. Littman*
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
(215) 501-7024 (phone)
(215) 405-2973 (fax)
rperr@kdvlaw.com; mlittman@kdvlaw.com

*Attorneys for Defendant The Credit Pros International Corporation*

## CERTIFICATE OF SERVICE

I, hereby certify that on April 11, 2022, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Stefan Coleman*

2